# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

IN THE MATTER OF:

SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS

CASE NO.  3:23-MJ-110

## MOTION TO UNSEAL WITH REDACTIONS

The United States of America, by and through undersigned counsel, respectfully requests that the above captioned case be unsealed, as described below.

The undersigned counsel has reviewed the materials filed in this matter consistent with Southern District of Ohio General Order 23-03 (dated August 28, 2023) and submits that the unsealing of certain documents in this case will not disclose the identities of minors, victims, or cooperating individuals. However, the United States asserts that Document 1 (Application), Document 2 (Warrant) and Document 4 (SW Return) contain names of uncharged persons. Therefore, the United States respectfully requests that the original Documents 1, 2 and 4 be permanently sealed.

The United States also hereby submits a version of this same document, attached hereto as Exhibits A, B and C which has been redacted to protect the identification of uncharged persons, and that can be filed on the unsealed, public docket for this matter. The United States additionally requests that any motions and orders to delay notice, any previous motions (including any attachments) and orders to seal or unseal, as well as this motion and proposed order to unseal be permanently sealed.

Respectfully submitted,

DOMINICK S. GERACE
United States Attorney

s/Amy M. Smith
AMY M. SMITH
Assistant United States Attorney
200 W. Second Street, Suite 600
Dayton, Ohio 45202
Office: (937) 2225-2910
E-mail:  amy.smith2@usdoj.gov